UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00205-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| AURORA S. BELTRAN, | |
| Defendant. | |

This matter is before the Court on Interested Parties' Motion to Obtain Copy of the Exhibit in ECF No. 79 (ECF No. 98), filed June 12, 2018. To date, no party has filed a response to this motion and the time for which has lapsed. The Court conducted a hearing in this matter on July 10, 2018. Upon review and consideration and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Interested Parties' Motion to Obtain Copy of the Exhibit in ECF No. 79 (ECF No. 98) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide the Attorneys for Interested Parties, Robert E. Murdock, Esq of Murdock & Associates, CHTD., and Eckley M. Keach, Esq of Eckley M. Keach, CHTD., with a copy of the DVD manually filed in ECF No. 79.

**IT IS FURTHER ORDERED** that the Interested Parties, Robert E. Murdock, Esq. and Eckley M. Keach, Esq. shall pay any costs associated with the Clerk's Office making a copy of the DVD.

Dated this 11th day of July, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE