JUSTICE LAW CENTER
1100 South Tenth Street, Las Vegas NV 89104
Tel (702) 731-0000 Fax (702) 974-4008

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

THE UNITED STATES OF AMERICA,   )   CASE NO. 2:17-cr-00205-APG-GWF
                                )
        Plaintiff,               )
                                )
vs.                             )
                                )
AURORA S. BELTRAN,              )
                                )
        Defendant.              )
_____)

## FIRST STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by and between PATRICK BURNS, Esq., Assistant United States Attorney, and BRET O. WHIPPLE, ESQ., counsel for AURORA S. BELTRAN, that the Sentencing set for March 21, 2018 be vacated and set to a new date and time convenient to this court.

This Stipulation is entered into for the following reasons:

1.      On approximately March 6, 2019, counsel for defendant BELTRAN received documentation regarding her California state case indicating a warrant had been issued arising out of that case.

2.      Counsel for defendant BELTRAN is attempting to work with defendant Beltran's California State representation to resolve this issue prior to proceeding to federal sentencing. Counsel for defendant BELTRAN reached out to Assistant United States Attorney Patrick Burns, Esq., regarding this issue, and Mr. Burns agreed to stipulate to continue the sentencing hearing set for March 21, 2018, at the defense's request.

3.      Defendant BELTRAN is in custody. She has not agreed to this request, however counsel for believes it is in BELTRAN'S best interest to briefly continue this matter..

1

JUSTICE LAW CENTER
1100 South Tenth Street, Las Vegas NV 89104
Tel (702) 731-0000 Fax (702) 974-4008

4. Plaintiff's counsel agrees to the continuance.

5. This is the first request for a continuance of sentencing.

6. The additional time requested by this Stipulation to Continue Sentencing Hearing is reasonable pursuant to Fed. R. Crim. P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

DATED this 7th day of March, 2019.

By: /s/ Bret Whipple
BRET O. WHIPPLE, ESQ
Counsel for Defendant

By: /s/ Patrick Burns, Esq.
PATRICK BURNS, ESQ.
Assistant United States Attorney
Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| THE UNITED STATES OF AMERICA, | ) | CASE NO. 2:17-cr-00205-APG-GWF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| AURORA S. BELTRAN, | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

1. The sentencing for the underlying case has been set for March 21, 2019.

2. On approximately March 6, 2019, counsel for defendant BELTRAN received documentation regarding her California state case indicating a warrant had been issued arising out of that case.

3. Counsel for defendant BELTRAN is attempting to work with defendant Beltran's California State representation to resolve this issue prior to proceeding to federal sentencing. Counsel for defendant BELTRAN reached out to Assistant United States Attorney Patrick Burns, Esq., regarding this issue, and Mr. Burns agreed to stipulate to continue the sentencing hearing set for March 21, 2018, at the defense's request.

3. Defendant BELTRAN is in custody. She has not agreed to this request, however counsel for believes it is in BELTRAN'S best interest to briefly continue this matter.

4. Plaintiff's counsel agrees to the continuance.

5. This is the first request for a continuance of sentencing.

6. The additional time requested by this Stipulation to Continue Sentencing Hearing is

3

reasonable pursuant to Fed. R. Crim. P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

## ORDER

Based upon the Stipulation of BRET O. WHIPPLE, Esq., of the Justice Law Center, appointed counsel for the Defendant, AURORA S. BELTRAN, and PATRICK BURNS, Esq., Assistant United States Attorney, counsel in the above entitled matter, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that counsel's stipulation is hereby granted and the Sentencing shall be continued from March 21, 2019 and set for the 17th day of April, 2019 at 9:30 a.m./~~p.m.~~

Dated this 8th day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

_____
Bret O. Whipple, Esq.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
Tel: (702) 731-0000
Fax: (702) 974-4008